## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH CAPONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 1:21-cv-11740 |
| | : | |
| DELAWARE RIVER PORT AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREDJUDICE

And now this 15th day of December 2022, it is hereby stipulated by and between the parties that the above-referenced matter filed by Plaintiff, Joseph Capone, against Defendant, Delaware River Port Authority. is hereby voluntarily dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

*/s/ David M. Koller*  
David M. Koller, Esq.  
KOLLER LAW LLC  
2043 Locust Street #1B  
Philadelphia, PA 19103  
davidk@kollerlawfirm.com  
*Attorney for Plaintiff*

*/s/ Marjorie M. Obod*  
Marjorie M. Obod, Esq.  
DILWORTH PAXSON LLP  
1500 Market Street, Ste 3500E  
Philadelphia, PA 19102  
mobod@dilworthlaw.com  
*Attorney for Defendant*

**IT IS SO ORDERED:**

DATED:_____       BY:_____
                                                                          **J.**